DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PHILLIP S. WRIGHT, JR.,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-430

[July 11, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Glenn D. Kelley, Judge; L.T. Case No. 50-2009-CF-004412-AXXX-MB.

Phillip S. Wright, Jr., Bushnell, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Alexandra A. Folley, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.* Fla. R. Crim. P. 3.850(b). Affirmance is without prejudice to appellant filing a petition for writ of mandamus in this Court to seek a ruling on his petition for writ of habeas corpus, which has been pending below since January 7, 2016.

MAY, CONNER and FORST, JJ., concur.

*       *       *

*Not final until disposition of timely filed motion for rehearing.*